UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENERGY CONVERSION DEVICES
LIQUIDATION TRUST, BY AND
THROUGH ITS LIQUIDATING
TRUSTEE, JOHN MADDEN,

           Plaintiff,

  v.

TRINA SOLAR LIMITED, TRINA
SOLAR (U.S.), INC.,  YINGLI GREEN
ENERGY HOLDING COMPANY
LIMITED, YINGLI GREEN ENERGY
AMERICAS, INC., SUNTECH
POWER HOLDINGS CO., LTD.,
SUNTECH AMERICA, INC.,

           Defendants.

_____/

Case No. 2:13-cv-14241-RHC-RSW

Hon. Robert H. Cleland
Mag. R. Steven Whalen

### STIPULATED ORDER SETTING DEADLINES FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS AND DEFENDANTS' REPLY

WHEREAS Defendants Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc., and Suntech America, Inc. ("Defendants") filed a joint Motion to Dismiss all of the claims of Plaintiff Energy Conversion Devices Liquidation Trust ("Plaintiff") on April 18, 2014 (Dkt. 17);

WHEREAS per the Clerk's Minute Entry of April 25, 2014, this Court stayed the deadlines for briefing on Defendants' Motion to Dismiss while Plaintiff's Motion to Transfer (Dkt. 16) was pending;

WHEREAS this Court denied Plaintiff's Motion to Transfer on June 18, 2014 (Dkt. 33);

The parties having stipulated to entry of this order and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the date by which Plaintiff must file its opposition to Defendants' Motion to Dismiss is **July 23, 2014**. If Plaintiff files its opposition on July 23, 2014, Defendants shall file any reply no later than **August 8, 2014,** in accordance with Local Rule 7.1(e).

IT IS SO ORDERED.

Dated: July 3, 2014  s/Robert H. Cleland
Hon. Robert H. Cleland
United States District Court

STIPULATED AND AGREED TO:

By: /s/ with consent of William C. O'Neil
William C. O'Neil
W. Gordon Dobie
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)
*Attorneys for Plaintiff*

By: /s/ with consent of Leonid Feller
Leonid Feller (P73639)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
leonid.feller@kirkland.com

Daniel E. Laytin
James Mutchnik
James R.P. Hileman
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
daniel.laytin@kirkland.com
james.mutchnik@kirkland.com
james.hileman@kirkland.com
*Attorneys for Defendants Trina Solar Limited and Trina Solar (U.S.), Inc.*

By /s/ with consent of Catherine T. Dobrowitsky
Catherine T. Dobrowitsky (P63245)
Rivenoak Law Group P.C.
101 W. Big Beaver Rd., Suite 1400
Troy, MI 4808
(248) 677-1045
ctd@rivenoaklaw.com
*Attorneys for Defendant Suntech America, Inc.*

By: /s/ Patrick G. Seyferth
Patrick G. Seyferth (P47575)
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Road, Ste. 600
Troy, MI 48084
(248) 822-7800
seyferth@bsplaw.com
*Attorneys for Defendants Yingli Green Energy Holding Co. and Yingli Green Energy Americas, Inc.*

By: /s/ with consent of Jonathan C. Sanders
Jonathan C. Sanders
Simpson Thacher & Bartlett LLP
2475 Hanover Street
Palo Alto, California 94304
(650) 251-5071
jsanders@stblaw.com

Matthew J. Reilly
Simpson Thacher & Bartlett LLP
1155 F Street NW
Washington, DC 20004
(202) 636-5500
matt.reilly@stblaw.com
*Attorneys for Defendants Yingli Green Energy Holding Co. and Yingli Green Energy Americas, Inc.*

By /s/ with consent of Jerome S. Fortinsky
Jerome S. Fortinsky
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4900
jfortinsky@shearman.com
*Attorneys for Defendant Suntech America, Inc.*