UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENERGY CONVERSION DEVICES
LIQUIDATION TRUST, BY AND THROUGH
ITS LIQUIDATING TRUSTEE, JOHN MADDEN,

    Plaintiff,

v.

                                    Case No. 13-14241

TRINA SOLAR LIMITED, et al.,

    Defendants.
                                          /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Joint Motion to Dismiss Plaintiff's Complaint" dated October 31, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc., Suntech Power Holdings Co., Ltd., and Suntech America, Inc.  Dated at Detroit, Michigan, this 31st day of October 2014.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT


                                                            s/ Lisa Wagner
                                                     By:  Lisa Wagner, Case Manager
                                                       to Judge Robert H. Cleland