**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

ENERGY CONVERSION DEVICES
LIQUIDATION TRUST, BY AND THROUGH
ITS LIQUIDATING TRUSTEE, JOHN MADDEN,

      Plaintiff,

v.

                                        Case No. 13-14241

TRINA SOLAR LIMITED, et al.,

      Defendants.

_____/

**ORDER REQUIRING RESPONSE**

      On October 31, 2014, the court granted Defendants' Motions to Dismiss.  Plaintiff now moves for reconsideration, asserting that the court erred in dismissing the case. Eastern District of Michigan Local Rule 7.1 provides that a motion for reconsideration shall be granted only if the movant can (1) "demonstrate a palpable defect by which the court and the parties have been misled," and (2) "show that correcting the defect will result in a different disposition of the case."  E.D. Mich. LR 7.1(h)(3).  "A 'palpable defect' is 'a defect that is obvious, clear, unmistakable, manifest, or plain.'"  *United States v. Lockett*, 328 F. Supp. 2d 682, 684 (E.D. Mich. 2004) (citing *United States v. Cican,* 156 F. Supp. 2d 661, 668 (E.D. Mich. 2001)).  Upon review, the court will order Defendants to respond.  Accordingly,

      IT IS ORDERED that Defendants file a response to Plaintiff's motion for reconsideration by **December 2, 2014**.

                                  s/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated:  November 19, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 19, 2014, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522